# Exhibit G

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## 𝔗𝔬 all to whom these presents shall come. 𝔊reeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives and Records Administration, that the attached reproduction(s) is a true and correct copy of documents in his custody.



| SIGNATURE | | |
|---|---|---|
| *John P. Butler* | | |
| **NAME** John P. Butler | | **DATE** 5-5-93 |
| **TITLE** Chief, Suitland Reference Branch | | |
| **NAME AND ADDRESS OF DEPOSITORY** National Archives and Records Administration Washington, D.C. 20408 | | |

NA FORM 13040 (10-86)

Code 336

JJ32(336)

JHC/mes
12/28/45

Ovens-Illinois Glass Company
Insulux Products Division
Toledo, Ohio

Gentlemen:                                          **2-JAN 1946**

A copy of Navy Department Specification 32P8b which
has been recently issued is enclosed for information.

Since your approved brand of pipe-covering conforms to
the requirements of the enclosed specification, it is
being retained on the Acceptable List of Approved Materials.

Approval Number KN28/L5/4054 has been assigned brand K-LO,
Grade I, Classes "a" and "b", Grade II, Class "d" and
Grade III, Class "e".  Certificates of Approval will not
be issued hereafter.  When Purchasing Officers require
Certificates of Approval, the approval number assigned
above will suffice.  It is requested that Certificate
KN28/L5/4054 issued 29 May 1944 be returned to the
Bureau.

The results of the test or the fact that the test was
conducted shall not be used for advertising purposes
or for disseminating information leading to other than
Naval use.

                                         Sincerely yours,

Encl: (HW.)
Spec. 32P8b

CC:
ENGEXSTA
INSMAT, Philadelphia


W.O. Radford
By direction of
Chief of Bureau