HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONALD M. SKAGGS and CHARLOTTE M. SKAGGS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC INC., et al.,<br><br>Defendant. | Case No. 2:14-cv-01506-JLR<br><br>**OWENS-ILLINOIS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY FOR ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (DKT. # 42)** |

Owens-Illinois, Inc., pursuant to LCR 7(n), hereby respectfully submits this Notice of Supplemental Authority for its Opposition to Plaintiffs' Motion to Remand (Dkt. #42), its Supplemental Brief in Opposition to Plaintiffs' Motion to Remand (Dkt. #55), and its Response to Plaintiffs' Supplemental Memorandum in Support of Remand (Dkt. #59), notifying this Court of *Cuomo v. Crane Co.*, --- F.3d ----, No. 13-cv-4510, 2014 WL 5859099 (2d Cir. Nov. 13, 2014) (reversing remand order in asbestos litigation matter removed pursuant to 28 U.S.C. § 1442(a)(1); holding that merits of defendant's asserted government contractor defense should be tried in federal court) (attached as **Ex. A**). Owens-Illinois, Inc. respectfully requests that this Court consider this supplemental authority in ruling on the issues raised by the parties' briefing on Plaintiffs' Motion to Remand (Dkt. #7).

1

2  DATED: November 24, 2014                SCHIFF HARDIN LLP

3                                          By: /s/ Stephen M. Copenhaver
                                               Stephen M. Copenhaver
4                                              scopenhaver@schiffhardin.com
                                               Attorneys for Defendant
5                                              OWENS-ILLINOIS, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OWENS-ILLINOIS'S NOT. OF SUPP. AUTHORITY FOR ITS OPP. TO PLTFS.' MOT. TO REMAND 2:14-cv-01506-JLR     - 2 -     SCHIFF HARDIN LLP, ONE MARKET, SPEAR ST. TOWER, SAN FRANCISCO, CA 94105, 415-901-8700

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that I served the attached OWENS-ILLINOIS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY FOR ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (DKT. #42) on all counsel of record via the Court's ECF system.

Dated:   November 24, 2014            SCHIFF HARDIN LLP

                                      By: /s/ Stephen M. Copenhaver
                                          Stephen M. Copenhaver
                                          Attorneys for Defendant
                                          OWENS-ILLINOIS, INC.

21912-0058
SF\321265964.1